UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     NO. 3:03CR198 (RNC)

VS.

MARK BENOIT     MARCH 22, 2005

FILED
2005 MAR 24 A 11: 44
DISTRICT COURT
HARTFORD CT

## MOTION TO MODIFY JUDGMENT

The Defendant Mark Benoit represents as follows:

1. The sentence imposed upon him was ordered to "run concurrently with the remaining state sentence to be served."

2. The Defendant does not believe that this is legally possible, in that the Bureau of Prisons cannot give credit to a federal prisoner for state time served.

3. It is believed that the Defendant's, which is a legal possibility and which serves the same purpose.

Wherefore the Defendant Mark Benoit moves that his sentence be modified by the elimination of the second sentence in Paragraph 2 of his Judgment, which reads as follows:

> "The sentence imposed on count one shall run concurrently with the remaining state sentence to be served."

THE DEFENDANT,
MARK BENOIT

BY _____
JONATHAN J. EINHORN, HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT 06511/FED BAR NO. 00163

Case 3:03-cr-00198-RNC    Document 875    Filed 03/24/2005    Page 2 of 3

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid, on 22nd day of March, 2005 to the following parties of record:

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT

Peter Markle, Esq.
U.S. Attorney's Office
157 Church Street
New Haven, CT

_____
JONATHAN J. EINHORN