910

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 APR 27 P 12:09

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 3:03CR198 (RNC) |
| | : |
| MARK BENOIT | : |

AMENDMENT TO JUDGMENT

It is hereby ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on August 13, 2004, be amended to delete the following words:

> The sentence imposed on count one shall run concurrently with the remaining state sentence be served.

The Judgment and Order of Commitment entered by this Court on August 13, 2004, in all other respects remains the same.

So ordered.

Dated at Hartford, Connecticut this ___ day of April 2005.

Robert N. Chatigny
United States District Judge