Clerk of the Court                    May 4, 2005

RECEIVED
MAY -9 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

I am writting because their was a problem with my sentence I was informed that they had to work out my state and federal sentence I have been stuck hear a Wyatt Detention scence I've been sentenced on August 13, 2004.

(1) I would Like my new Judgment in Criminal Case paper.
(2) I would Like an updated Case Report on everyone who has been sentenced in my case

Case No. 3:03CR198 (RNC)

And please Address this information to myself at this Address

Mark Benoit #15231-014
950 High Street
Central Falls R.I 02863
Wyatt Detention Facility