Clerk's office                                                3-12-07

My name is Mark Benoit #15231-014 I am incarcerated at the Federal Medical Center Devens in Mass.

I am Agin requesting that your office would Please send me copy's of my Judgement and Commitment Papers and a copy of my Sentenceing Trancripts.

I was sentenced on August 13, 2004 to 92 mounth's by Judge Robert N. Chatigny Docket Number "3:03CR00198(RNC)

I am requesting these Documents because my Lawyer no Longer represents me. I have all ready once sent a request to your office but I have not yet receive anything. Could you please help me or write and Let me know what I need to do to get the Documents I need.

Plese send them to me ↓

Mark Benoit #15231-014
Federal Medical Center Devens
PO Box 879
Ayer MA 01432

Thank you
Mark Benoit