1101

D3CR198RNC

Clerk's office                                      3-12-07

My name is Mark Benoit #15231-014 I am incarcerated at the Federal Medical Center Devens in Mass.

I am Agin requesting that your office would Please send me copy's of my Judgement and Commitment papers and A copy of my Sentenceing Trancripts.

I was sentenced on August 13, 2004 to 92 mounth's by Judge Robert N. Chatigny Docket Number "3:03CR00198(RNC)

I am requesting these

---

3/23/07   United States v. Benoit, 03-CR-198(RNC)

Re: Def.'s Letter Requesting Copies of Documents (Doc. 1101)

The Clerk will docket this letter and send copies to counsel of record. Treating this letter as a motion for a free copy of the judgment and the transcript of the sentencing hearing, the motion is granted in part and denied in part. The Clerk will mail a copy of the judgment to the defendant, but not the transcript. To obtain a free transcript, the defendant must file an action to set aside or correct his sentence under 28 U.S.C. § 2255 along with a motion to proceed in forma pauperis under 28 U.S.C. § 1915. See 28 U.S.C. § 2250 (authorizing the Clerk to provide copies of documents at no cost when an application for a writ of habeas corpus has been filed and the petitioner has been permitted to proceed in forma pauperis). So ordered.

Robert N. Chatigny, U.S.D.J.